United States District Court
Southern District of Texas
**ENTERED**
June 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NABORS DRILLING TECHNOLOGIES USA INC and NABORS INDUSTRIES INC, <br> Plaintiffs, <br><br> vs. <br><br> DEEPWELL ENERGY SERVICES LLC and LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br> Defendants. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-02854 <br><br><br><br><br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

This action is ADMINISTRATIVELY CLOSED. See Dkt 36.

Plaintiffs must submit a status report upon the resolution of *Jones v Nabors Drilling Technologies USA Inc*, No 2018-87021, in the 125th District Court, Harris County, Texas.

SO ORDERED.

Signed on June 30, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge